**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| J.L.J. (XXX-XX-4839) | CIVIL ACTION NO. 22-0450 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 17) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 22nd day of September, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE